**STATE of Missouri, Respondent,**

v.

**Jack D. BARNARD, Appellant.**

**Nos. WD 52123, WD 53445.**

Missouri Court of Appeals, Western District.

Oct. 28, 1997.

A. Renae Adamson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOWARD, P.J., and RIEDERER and HANNA, JJ.

### ORDER

PER CURIAM.

The defendant appeals his conviction and eight year sentence for sodomy (§ 566.060.3, RSMo 1994) as a prior offender (§ 566.060 and § 558.016, RSMo 1994), and the denial of his Rule 29.15 V.A.M.R. motion for post-conviction relief. Affirmed. Rules 30.25(b) and 84.16(b) V.A.M.R.